# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>        Plaintiff,<br><br>   v.<br><br>C/O DICKERSON,<br><br>        Defendant. | CV F- 96-5576 AWI DLB P<br><br>ORDER DIRECTING PARTIES TO SUBMIT STATUS REPORTS ON READINESS FOR TRIAL |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Review of the Court's docket reveals that this case is ready to proceed to trial. Accordingly, it is HEREBY ORDERED that within 20 days from the date of service of this order, plaintiff SHALL FILE a status report and 7 days thereafter, defendants SHALL FILE a status report addressing whether this action is ready for trial.

IT IS SO ORDERED.

Dated: September 15, 2005             /s/ Dennis L. Beck
3c0hj8                                                       UNITED STATES MAGISTRATE JUDGE