IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **REX CHAPPELL,**<br><br>                                              Plaintiff,<br><br>            v.<br><br>**T.J. DICKERSON,**<br><br>                                              Defendant. | CASE NO. CV F 96-5576 AWI DLB P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME** |

    Defendant Dickerson (Defendant) has filed a request for an extension of time of up to and including June 15, 2006 to file a motion for summary judgment in this case. This Court has read and considered Defendant's request and the attached declaration of counsel, and hereby finds GOOD CAUSE to grant the request.

    Accordingly, Defendant must file a motion for summary judgment or other dispositive motion no later than **June 15, 2006**.

     IT IS SO ORDERED.

    **Dated:    January 30, 2006**                           **/s/ Dennis L. Beck**
3c0hj8                                                              UNITED STATES MAGISTRATE JUDGE