UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REX CHAPPELL, | ) | 1:96-CV-5576 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #91) |
| v. | ) | |
| | ) | |
| C/O DICKERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 21, 2006, plaintiff filed a motion to extend the cut off date for discovery from March 1, 2006 to June 15, 2006. On February 24, 2005, defendant filed an opposition to plaintiff's request for continuance. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is GRANTED to and including May 15, 2006, as the final cut off date for discovery.

IT IS SO ORDERED.

Dated:   **May 1, 2006**          **/s/ Dennis L. Beck**
3c0hj8                    UNITED STATES MAGISTRATE JUDGE