IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **REX CHAPPELL,**<br><br>           Plaintiff,<br><br>      v.<br><br>**T.J. DICKERSON,**<br><br>           Defendant. | CASE NO. CV F 96-5576 AWI DLB P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME** |

Defendant Dickerson (Defendant) has filed a request for an extension of time of up to and including July 31, 2006 to file a motion for summary judgment in this case. This Court has read and considered Defendant's request and the attached declaration of counsel, and hereby finds GOOD CAUSE to grant the request.

Accordingly, Defendant must file a motion for summary judgment or other dispositive motion no later than **July 31, 2006**.

IT IS SO ORDERED.

   Dated:   June 15, 2006                    /s/ Dennis L. Beck
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE

Order Granting Req. for Ext. of Time
No. CV F 96-5576 AWI DLB P

1