IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **REX CHAPPELL,**<br><br>Plaintiff,<br><br>v.<br><br>**T.J. DICKERSON,**<br><br>Defendant. | CV F 96-5576 AWI DLB P<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

Defendant T. Dickerson (Defendant) filed a request for a 60-day extension of time up to and including March 5, 2007, to file his objections to the Magistrate Judge's findings and recommendations. This Court has read Defendant's request, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's request for an extension of time up to and including March 5, 2007, to file his objections to the Magistrate Judge's findings and recommendations is GRANTED.

IT IS SO ORDERED.

Dated:    **December 18, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Def.'s Ex Parte Req. for Ext. of Time
Case No. CV F 96-5576 AWI DLB P

1