IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **REX CHAPPELL,** | CV F 96-5576 AWI DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S EX PARTE REQUEST TO EXTEND TIME FOR TRIAL UNDER CIVIL LOCAL RULE 6-144** |
| v. | |
| **T.J. DICKERSON,** | |
| Defendant. | |

Defendant Dickerson filed a motion to extend time for trial under Civil Local Rule 6-144(a).

Having considered Defendant's motion to extend time for trial, the opposing papers, and the Court's files, and for good cause appearing, the motion to extend time is GRANTED.

IT IS HEREBY ORDERED THAT the Second Scheduling Order is modified, as follows: the date set for trial of the above matter is moved from December 4, 2007 to January 8, 2008 at 8:30 a.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   July 20, 2007**            /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Def.'s Ex Parte Req. to Ext. Time for Trial
No. DV F 96-5576 AWI DLB P

1