IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>              Plaintiff,<br><br>       vs.<br><br>C/O DICKERSON, et al.,<br><br>              Defendants.<br>_____/ | 1:96-cv-05576 AWI-DLB (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME TO FILE OPPOSITION<br>TO DEFENDANT'S REQUEST TO<br>REOPEN DISCOVERY<br><br>(DOCUMENT #155)<br><br>TEN DAY DEADLINE |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2008, plaintiff filed a motion to extend time to file his Opposition to Defendant's Request to Reopen Discovery. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Plaintiff is granted ten (10) days from the date of service of this order in which to file his Opposition.

   IT IS SO ORDERED.

   Dated:   **February 19, 2008**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE