UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C/O DICKERSON,<br><br>　　　　　　Defendant. | CV F- 96-5576 AWI DLB P<br><br>TELEPHONIC CONFERENCE ORDER<br><br>**Telephonic conference:** September 17, 2008 at 10:00 a.m. before Magistrate Judge Beck in Courtroom 9 |

　　　　On March 11, 2008, a telephonic conference was held in this case. Among the issues discussed at the telephonic conference was the necessity of further limited discovery. On March 4, 2008, plaintiff filed notice rescinding his objection to re-opening discovery (Doc. 170). Based on the parties' responses during the conference, the Court now issues the following order:

　　　　1.　　Defendant's request to re-open discovery for the limited purpose of disclosure of expert testimony is HEREBY GRANTED, and the deadline for filing the disclosure of expert testimony shall be **April 3, 2008;**

　　　　2.　　Plaintiff's request to re-open discovery for the limited purpose of obtaining information concerning the location of potential witnesses, and to depose defendant's designated expert, is HEREBY GRANTED;

1
2   3.   The parties are advised that the deadline for the completion of all discovery, including
3        filing motions to compel, shall be **June 13, 2008;**
4   4.   This matter is set for further telephonic conference before the Honorable Dennis L.
5        Beck on **September 17, 2008 at 10:00 a.m.** in Courtroom 9;
6   5.   Counsel for defendant is required to arrange for the participation of plaintiff in the
7        telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559)**
8        **499-5670.**
9   6.   Plaintiff shall serve and file a status report on or before **September 7, 2008**; and
10  7.   Defendants shall serve and file a status report on or before **September 7, 2008**.
11  IT IS SO ORDERED.
12  Dated:   **March 14, 2008**            /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE