1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9  CHAPPELL,                                    CASE NO. 1:96-cv-05576-AWI DLB PC

10              Plaintiff,                       ORDER RE PLAINTIFF'S REQUEST FOR
                                                SETTLEMENT CONFERENCE
11     v.
                                                (Doc. 184)
12  DICKERSON,
                                                ORDER REQUIRING DEFENDANT TO
13              Defendant.                       NOTIFY COURT WHETHER A
                                                SETTLEMENT CONFERENCE BEFORE
14                                              UNITED STATES MAGISTRATE JUDGE
                                                NANDOR VADAS WOULD BE BENEFICIAL
15

16  _____/         THIRTY-DAY DEADLINE

17          On September 25, 2008, plaintiff filed a request for a court settlement conference. (Doc.

18  184).    This Court has been provided with the opportunity to refer cases for settlement to the

19  Honorable Nandor Vadas, a United States Magistrate Judge with the Northern District of California.

20  Settlement conferences are held in person at a prison in the Sacramento Division of the Eastern

21  District of California.   Plaintiff has already notified the Court of his request for a settlement

22  conference.  Accordingly, Defendant shall notify the Court whether he believes, in good faith, that

23  settlement in this case is a possibility and whether he is interested in having a settlement conference

24  with Judge Vadas.

25          The facility at which the settlement conferences are conducted is not a Level IV prison.

26  Therefore, Defendant's counsel shall notify the Court whether there are security concerns that would

27  prohibit scheduling a settlement conference.  If security concerns exist, counsel shall notify the Court

28  whether those concerns can be adequately addressed if Plaintiff is transferred to the prison for

1  settlement only and then returned to a Level IV prison for housing.

2      Accordingly, within **thirty (30) days** from the date of service of this order, Defendant shall

3  file a written response to this order.[1]

4

5      IT IS SO ORDERED.

6      **Dated:    October 8, 2008            /s/ Dennis L. Beck**
       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27      [1] The issuance of this order does not guarantee referral to Judge Vadas, but the Court will make every
reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Vadas.  If the
28  case is referred for settlement, the case will be stayed by order pending completion of the settlement conference.