# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAPPELL,<br><br>            Plaintiff,<br><br>   v.<br><br>DICKERSON,<br><br>            Defendant.<br>_____ / | CASE NO. 1:96-cv-05576-AWI DLB PC<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING, TRIAL DATE, AND DEADLINES FOR FILING MOTIONS FOR ATTENDANCE OF INCARCERATED WITNESSES, PRE-TRIAL STATEMENTS, AND FOR SUBMISSION OF WITNESS FEES |

     By order issued separately, this matter is set for settlement conference on December 10, 2008 at 11:00 a.m. before Judge Vadas at California State Prison-Solano.

     Accordingly, the Court HEREBY ORDERS as follows:

1. The telephonic trial confirmation hearing set for January 15, 2009 at 8:30 a.m. is HEREBY VACATED;

2. The trial date scheduled for February 18, 2009 is HEREBY VACATED;

3. The deadlines for filing pre-trial statements, motions for attendance of incarcerated witnesses, and for the submission of witnesses fees are HEREBY VACATED; and

4. In the event that this matter does not settle, a further scheduling order shall issue.

IT IS SO ORDERED.

    Dated:   **November 20, 2008**              **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE