# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DICKERSON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:96-cv-05576 AWI DLB PC<br><br>ORDER CROSS-REFERRING CASE TO JUDGE VADAS FOR SETTLEMENT<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE JUDGE VADAS ON DECEMBER 10, 2008, AT 11:00 A.M., AND REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS TO JUDGE VADAS ON OR BEFORE DECEMBER 3, 2008 |

　　　This case is cross-referred to the Honorable Nandor J. Vadas for settlement. The settlement conference is set for **December 10, 2008, at 11:00 a.m. before Judge Vadas at California State Prison-Solano**. By separate order, the transportation of Plaintiff for the settlement conference will be arranged.

　　　Plaintiff and Defendant shall submit **by mail** confidential settlement conference statements on or before **December 3, 2008** to **United States Magistrate Judge Nandor J. Vadas, 514 H Street, P.O. Box 1306, Eureka, CA 95502**. The parties shall mark the statements "Confidential - Not for Filing."

　　　IT IS SO ORDERED.

　　　Dated:　**November 20, 2008**　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1