United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>    Plaintiff,<br><br>    v<br><br>CO DICKERSON,<br><br>    Defendants. | Case No C 96-5576 AWI DLB<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>December 10, 2008</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, William C. Kwong

☒ Other: California Department of Corrections and Rehabilitation, Kaye Bassett

1  (2)   The following individuals, parties, and/or representatives did not appear:

2  (3)   The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☒ The parties are unable to reach an agreement at this time.

10 Date: 12/31/08                                        _____

11                                                       Nandor J Vadas
                                                         United States Magistrate Judge
12                                                       Northern District of California
                                                         Sitting by Designation

<!-- lines 13-28 blank -->

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHAPPELL              No. C 96-5576

v.              CERTIFICATE OF SERVICE

DICKERSON
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/31/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Rex Chappell**
B-42679
High Desert State Prison
PO Box 3030
Susanville, CA 96127

RICHARD W. WIEKING, CLERK

By:/s/_____
          Deputy Clerk

3