# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL, ) NO. 1:96-CV-05576-AWI-DLB
)
        Plaintiff, ) ORDER VACATING APRIL 27, 2009
) TELEPHONIC CONFERENCE
v. ) HEARING DATE IN LIGHT OF
) DISMISSAL
T.J. DICKERSON, )
)
        Defendant. )
)

    In light of the dismissal of this action, the telephonic conference set for April 27, 2009, is vacated.

IT IS SO ORDERED.

**Dated:   April 20, 2009**                           /s/ Anthony W. Ishii
                                                            CHIEF UNITED STATES DISTRICT JUDGE